**Robert C. EGAN, Appellant,**

v.

**MISSOURI STATE BOARD OF REGISTRATION, et al., Respondents.**

**No. WD 76287.**

Missouri Court of Appeals, Western District.

April 29, 2014.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 27, 2014.

Application for Transfer Denied Aug. 19, 2014.

Alan G. Kimbrell, Ballwin, MO, for appellant.

Nancy L. Skinner, Kansas City, MO, for respondent.

Before Division Four: JAMES E. WELSH, Chief Judge, Presiding, LISA WHITE HARDWICK, Judge, and GERALD D. McBETH, Special Judge.

ORDER

PER CURIAM.

Dr. Robert Egan appeals from the circuit court's judgment affirming the discipline imposed by the State Board of Registration for the Healing Arts ("Board") after a finding by the Administrative Hearing Commission ("AHC") of cause to discipline Dr. Egan's license as a physician and surgeon. For reasons explained in a Memorandum provided to the parties, we find no error in the AHC's disciplinary decision and therefore affirm the circuit court's judgment. Rule 84.16(b).